**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALEJANDRO OROZCO,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART, etc.,<br><br>    Defendant. | Case No. CV 05-7079-MLG<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is remanded to Defendant for award of benefits.

DATED: June 23, 2006        */s/ Marc L. Goldman*

_____
Marc L. Goldman
United States Magistrate Judge